**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Wigod v. THS Group, LLC   Case Number: 1:20-cv-00287

An appearance is hereby filed by the undersigned as attorney for:
Plaintiff Lee Wigod, individually and on behalf of all others similarly situated

Attorney name (type or print): Steven L. Woodrow

Firm: Woodrow & Peluso, LLC

Street address: 3900 E. Mexico Ave., Suite 300

City/State/Zip: Denver, Colorado 80210

Bar ID Number: 6286718   Telephone Number: 720-213-0675
(See item 3 in instructions)

Email Address: swoodrow@woodrowpeluso.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | | ✔ |
| If this case reaches trial, will you act as the trial attorney? | | ✔ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 1/14/2020

Attorney signature: S/ Steven L. Woodrow
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015