**AFFIDAVIT OF SERVICE**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Index #: 1:20-cv-00287
Date Filed: January 15, 2020
AOS Filed: _____
Court Date: _____
File No.: _____

ATTORNEY(S): Woodrow & Peluso LLC Steven L. Woodrow, Esq.
ADDRESS: 3900 East Mexico Avenue, Suite 300 Denver, CO 80210 PH: (720) 213-0675

*LEE WIGOD, individually and on behalf of all others similarly situated,*

*Plaintiff*

vs

*THS GROUP LLC d/b/a TOTAL HOME PROTECTION, a Pennsylvania limited liability company,*

*Defendant*

STATE OF NEW YORK, COUNTY OF NASSAU SS.:

Majd Hussein, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On January 27, 2020 at 2:29 PM at 19 W. 34TH STREET, SUITE 1018, NEW YORK, NY 10001, deponent served the within **Summons In A Civil Case, Notice of Mandatory Initial Discovery, Amended Standing Order Regarding Mandatory Initial Discovery Pilot Project, Civil Cover Sheet, Class Action Complaint**

with Index Number 1:20-cv-00287, and Date Filed January 15, 2020 endorsed thereon,

on: **THS GROUP LLC d/b/a TOTAL HOME PROTECTION, a Pennsylvania limited liability company, c/o USA CORPORATE SERVICES INC.**, Defendant therein named.

#1 INDIVIDUAL [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORP./ENTITY [X] By delivering to and leaving with **Jay "Doe" - Receptionist** who indicated they were authorized to accept service on behalf of the Corporation/Entity.

#3 SUITABLE AGE PERSON [ ] By delivering a true copy of each to - a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

[ ] Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on

#5 MAIL COPY [ ] On _____, deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

#6 NON-SRVC [ ] After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other:

Attempts

#7 DESCRIPTION [X] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3) Sex Male  Color of skin Asian  Color of hair Black  Age 21 - 35 Yrs.  Height 5ft4in - 5ft8in  Weight 131-160 Lbs.  Other Features: _____

#8 WIT. FEES [ ] $ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#9 MILITARYSRVC [ ] Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the State of New York and was informed that defendant was not.

#10 OTHER [X] Jay "Doe" refused to give his full name.

Sworn to before me on this 28th day of January, 2020

STEVEN M SHURGIN
NOTARY PUBLIC, State of New York
No. 01SH6190498, Qualified in Nassau County
Commission Expires July 28, 2020

STEPHANIE GALLIGAN
NOTARY PUBLIC, State of New York
No. 01GA6190672, Qualified in Nassau County
Commission Expires July 28, 2020

Majd Hussein
Server's Lic #2090551
Work Order # 1122514

CAPITAL PROCESS SERVERS, INC. 265 POST AVENUE, STE. 150, WESTBURY, NY 11590 TEL 516-333-6380 FAX 516-333-6382

NYC DCA LIC. # 1381942