# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| LEE WIGOD, individually and on behalf of all other similarly situated, | : : : : | |
| Plaintiff, | : : | Civil Action File No.: 1:20-cv-00287 |
| v. | : : : | |
| THS GROUP, LLC, d/b/a TOTAL HOME PROTECTION, a Pennsylvania limited liability company, | : : : : : | |
| Defendant. | | |

TO: Counsel of Record:

PLEASE TAKE NOTICE that on March 11, 2020, at 9:45 a.m. or as soon thereafter as I may be heard, I shall appear before the Honorable Sara L. Ellis or any Judge sitting in her stead at the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and present the following motion: CONSENT MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT AND CONTINUE INITIAL STATUS CONFERENCE.

Dated: March 3, 2020          Respectfully submitted,

By:  */s/ Mark L. Hanover*

Mark L. Hanover
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, Illinois 60606
Telephone: 312-876-8000
Fax: 312-876-7934
mark.hanover@dentons.com

*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I, Mark L. Hanover, hereby certify that on March 3, 2020, I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to registered parties.

*/s/ Mark Hanover*
Mark L. Hanover

114333972