IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEE WIGOD, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THS GROUP, LLC, d/b/a TOTAL HOME PROTECTION, a Pennsylvania limited liability company,<br><br>Defendant. | Civil Action File<br>No.: 1:20-cv-00287 |

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

COME NOW Mark L. Hanover and Shannon Young Shin, lead counsel for Defendant THS Group, LLC ("Defendant"), and on behalf of themselves and the law firm of Dentons US LLP ("Counsel"), request leave of Court to withdraw as counsel of record. Counsel states as grounds the following:

Counsel shows good cause for withdrawal because on an April 29, 2020, email and telephone call, and then again in an April 30, 2020 email, Defendant indicated that it no longer wants to utilize the services of Counsel. Counsel has advised Defendant that a corporation may not represent itself in this lawsuit, and Counsel has reaffirmed that it desires to terminate Counsel's representation.

.

WHEREFORE, Counsel respectfully requests that this Court GRANT their Motion to Withdraw as Counsel for Defendant.

Respectfully submitted this 30th day of April, 2020.

        By: */s/ Mark L. Hanover*
           Mark L. Hanover
           Illinois Bar No: 6216201
           *mark.hanover@dentons.com*

           DENTONS US LLP
           233 S. Wacker Drive, Suite 5300
           Chicago, Illinois 60303
           (312) 768-8273

           *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

This is to certify that a true and accurate copy of the foregoing was filed through the ECF system on April 30, 2020, which will send a copy of such pleading to all counsel of record.

*/s/ Mark L. Hanover*
Mark L. Hanover

114711045