# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **LEE WIGOD**, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>**THS GROUP, LLC, d/b/a TOTAL HOME PROTECTION**, a Pennsylvania limited liability company,<br><br>        Defendant. | Case No. 1:20-cv-00287<br><br>Hon. Sara L. Ellis |

## JOINT STATUS REPORT

Plaintiff Lee Wigod ("Plaintiff" or "Wigod") and Defendant THS Group, LLC d/b/a Total Home Protection ("Defendant" or "THP") (collectively "Parties") hereby submit this Joint Status Report, as Ordered by the Court on April 24, 2020. (Dkt. 15.) The Parties met and conferred on March 13, 2020.

1. Discovery:

    A. To date, the Parties have not exchanged any discovery.

    B. The Court has not entered a discovery schedule. Given that THP is actively searching for new counsel, the Parties did not discuss proposed discovery deadlines. However, Plaintiff proposes the following dates:

    (1) MIDP Responses: 30 days after the first responsive pleading.

    (2) First date by which to issue written discovery: July 18, 2020.

    (3) Fact Discovery Completion Date: March 18, 2021.

    (4) Expert Discovery Completion Date: May 20, 2021.

       a. Plaintiff Expert Report(s) Due: March 18, 2021

       b. Defendant's Expert Report(s) Due: April 8, 2021.

1

        c.   Rebuttal Expert Report(s) Due: April 22, 2021.

    (5)   Final Supplementation of MIDP Responses: March 1, 2021.

C. Alternatively, if the Court believes it is necessary, Plaintiff requests that the Court schedule a case management conference and set deadlines for the parties to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to file a proposed case management statement. The deadlines will provide Plaintiff's counsel an opportunity to confer with Defendant's new counsel once they enter an appearance.

2. Motions:

A. The only pending motion is Mark Hanover's and Shannon Shin's Motion to Withdraw as Counsel for Defendant (dkt. 16).

B. Defendant is currently seeking new counsel.

3. Status of Settlement Discussions:

A. The Parties have informally discussed the potential for settlement. At this time, the Parties do not request assistance with settlement discussions.

4. Other Issues:

A. Plaintiff requests that the Court set a firm deadline for Defendant to respond to his Complaint, which will not be affected by any subsequent General Order related to the ongoing COVID19 Pandemic. Defendant's response is presently due on or before June 18, 2020.

                                                  Respectfully Submitted,

                                                  **LEE WIGOD**, individually and on behalf of all others similarly situated,

Dated: May 18, 2020                     /s/ Patrick H. Peluso
                                                  One of Plaintiff's Attorneys

                                                  Steven L. Woodrow
                                                  swoodrow@woodrowpeluso.com
                                                  Patrick H. Peluso
                                                  ppeluso@woodrowpeluso.com
                                                  Woodrow & Peluso, LLC
                                                  3900 East Mexico Ave., Suite 300
                                                  Denver, Colorado 80210
                                                  (720) 213-0675

                                                  Gary D. McCallister

gdm@mccallisterlawgroup.com
McCallister Law Group, LLC
200 North LaSalle Street, Suite 2150
Chicago, IL 60601
(312) 345-0611

## CERTIFICATE OF SERVICE

    I hereby certify that on May 18, 2020, I caused the foregoing to be filed with the Court using the Court's electronic filing system.

By: <u>/s/ Patrick H. Peluso</u>