# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Lee I. Wigod

                Plaintiff,

v.                                            Case No.: 1:20−cv−00287

                                                          Honorable Sara L. Ellis

THS Group, LLC

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 27, 2020:

      MINUTE entry before the Honorable Sara L. Ellis: Motion to withdraw as attorney [16] is granted. Attorney Mark L. Hanover and Shannon Young Shin terminated. Pursuant to notice of voluntary dismissal, Plaintiff hereby dismisses these proceedings in accordance with Rule 41(a)(1)(i) with prejudice as to his individual claims and without prejudice as to the claims of any putative, unidentified class members if any. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.